UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAURA DAYTON and SUSAN HERR,
                Plaintiffs,
v.                                                                              **ORDER**

ARMY WEST POINT ATHLETIC                                   21 CV 11000 (VB)
ASSOCIATION,
                Defendant.
--------------------------------------------------------------x

       On March 23, 2022, the Court ordered the parties to submit a joint letter regarding the status of settlement discussions by June 1, 2022. (Doc. #14). On June 2, 2022, after the parties missed the June 1 deadline, the Court sua sponte extended the parties' time to file a joint letter to June 9, 2022. (Doc. #17).

       On June 9, plaintiffs filed a joint letter informing the Court that, after initial settlement discussions, the parties decided to proceed with document discovery in anticipation of mediation and intended to complete discovery by the end of June 2022 and schedule a mediation prior to July 30, 2022. (Doc. #18). Accordingly, on June 10, 2022, the Court ordered the parties to provide a further joint status update regarding settlement discussions by August 10, 2022. (Doc. #19).

       On August 12, 2022, after the parties missed the August 10 deadline, the Court sua sponte extended the parties' time to file a joint letter to August 17, 2022. (Doc. #20). The parties have now missed that deadline.

       **By August 26, 2022, counsel shall submit a joint letter regarding the status of their settlement discussions.**

       The Court does not appreciate counsel continuing to waste the Court's time. In their August 26 letter, counsel shall explain why they have missed multiple deadlines. If the parties fail to comply with this Order and/or fail to satisfactorily explain why they have missed these deadlines, the Court may impose appropriate sanctions, financial or otherwise.

Dated: August 24, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge