UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAURA DAYTON and SUSAN HERR,
          Plaintiffs,

v.

ARMY WEST POINT ATHLETIC
ASSOCIATION,
          Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 11000 (VB)

    The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. # 33). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 10, 2023. To be clear, any application to restore the action must be filed by February 10, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.

    The Clerk is instructed to close this case.

Dated: December 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge